**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 14-cr-00084-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    APOLONIA ALVARADO-FLORES,

    Defendant.

_____

**ORDER RESETTING CHANGE OF PLEA HEARING**
_____

    Pursuant to the Unopposed Motion to Continue Change of Plea Hearing filed on May 20, 2014 (Docket No. 18).  The Change of Plea Hearing which was set for May 29, 2014 (Docket No. 17) is RESET for **June 23, 2014 at 10:00 a.m.** Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: (Moore_Chambers@cod.uscourts.gov) and to the Probation Department not later than 48 hours before the change of plea hearing.  *See* D.C.COLO.LCrR 11.1C.  On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance.  *See* D.C.COLO.LCrR 11.1F.

    The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the

commission of each criminal offense to which the defendant intends to enter a plea of guilty.

The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

DATED this 27th day of May, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge