**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson | Date: September 29, 2014 |
| Court Reporter: Tammy Hoffschildt | Interpreter:  Melinda Gonzalez-Hibner |
| Probation Officer:   Kyla Hamilton | |

**CASE NO.   14-cr-00084-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Kirsten Sinclair |
|         Plaintiff, | |
| v. | |
| 1.  APOLONIO ALVARADO-FLORES, | Matthew Belcher |
|         Defendant. | |

**COURTROOM MINUTES**

**SENTENCING HEARING**
**COURT IN SESSION:        10:00 a.m.**
Appearances of counsel.    Defendant is present and in custody.

Interpreter sworn.

Defendant entered his plea on July 7, 2014, to Count 1 of the Indictment. The Court formally accepts the Plea Agreement at this hearing.

Discussion held regarding sentencing guidelines.

Discussion held and argument given regarding Defendant's Motion for Variant Sentence Pursuant to 18 U.S.C. § 3553(a) [Doc. 29, filed 9/15/14].

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Counsel for the Government does not object to a sentence of time served.

Defendant addresses the Court regarding sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Apolonio Alvarado-Flores, is hereby sentenced to **TIME SERVED.**

**ORDERED:** Defendant shall not be placed on Supervised Release, because he will likely be deported.

Defendant is advised that if he re-enters the United States illegally, remains illegally, possesses a firearm, or illegally possesses a controlled substance, he may be subject to further federal prosecution.

**ORDERED:** Defendant shall pay **$100** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

Defendant advised of right to appeal.

**ORDERED:** Any notice of appeal must be filed within 14 days.

**ORDERED:** Defendant's Motion for Variant Sentence Pursuant to 18 U.S.C. § 3553(a) [Doc. 29, filed 9/15/14] is GRANTED as stated on the record.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**Court in recess:    10:24 a.m.**
Hearing concluded.
Total time:             00:24